UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON A. MAHE,

      Plaintiff,

    v.

KATRINA RANSOME, *et al.*,

      Defendants.

Civil Action 2:21-cv-5192
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER and NOTICE OF DEFICIENCY

On November 2, 2021, Plaintiff, Jason A. Mahe, filed a document captioned as a "Preliminary Injunction to Enforce 'Post Release Control' and/or 'Parole' Time Concurrent with Remaining NDOC Time." (ECF No. 1.) This filing indicates that Plaintiff currently is incarcerated in the Northern Nevada Correctional Center in Carson City, Nevada. (*Id*.) Plaintiff's Motion is unaccompanied by any initiating documents, *i.e*., either a Complaint or a Petition for a Writ of Habeas Corpus. Further, Plaintiff has failed either to pay any requisite filing fee or to file an application for leave to proceed *in forma pauperis*.

Accordingly, **Plaintiff is ORDERED to submit, within thirty (30) days of the date of this order, the appropriate initiating document accompanied by either the applicable filing fee ($402.00 for a civil Complaint or $5.00 for a Petition for a Writ of Habeas Corpus) or alternatively, an application for leave to proceed *in forma pauperis*.**

If Plaintiff does not comply with this Order, the Court may dismiss the case for want of prosecution.

The Court also advises Plaintiff that if he chooses to file a Complaint, he must also submit a completed summons, Marshal service form, and copies of his Complaint *for each Defendant* if he intends for the United States Marshal to serve Defendants.

The Clerk is **DIRECTED** to send a copy of the *in forma pauperis* application and the proper service forms to Plaintiff.

**IT IS SO ORDERED.**

**Date: November 4, 2021**　　　　　　　　　　　　　　　　　　   **/s/** *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth A. Preston Deavers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**